**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **MD RAFIQUL ISLAM-PARVEJ,** | : | |
| **Petitioner,** | : | **26-CV-05995 (ALC)** |
| **-against-** | : | **ORDER** |
| **EDLOW ET AL,** | : | |
| **Respondents.** | : | |

**ANDREW L. CARTER, JR., United States District Judge:**

Petitioner filed a Petition seeking a Writ of Mandamus along with certain declaratory and injunctive relief. Defendants are hereby ordered to respond to the Petition by **August 7, 2026. SO ORDERED.**

**Dated: July 24, 2026**

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**