**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **MD RAFIQUL ISLAM-PARVEJ,** | | |
| **Petitioner,** | | |
| **-against-** | | **26-CV-05995 (ALC)** |
| | | **ORDER** |
| **EDLOW ET AL,** | | |
| **Respondents.** | | |

**ANDREW L. CARTER, JR., United States District Judge:**

On July 24, 2026, this Court ordered Defendants to response to the Petition by August 7, 2026. Respondents have failed to do so. The Court hereby *sua sponte* extends the deadline to respond to October 16, 2026.

**SO ORDERED.**

**Dated: October 9, 2026**

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**